**Order entered February 8, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00886-CR**

**DENNY EDWARD MILLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 072748**

**ORDER**

Appellant's second motion for extension of time to file appellant's brief is

**GRANTED**, and we **ORDER** appellant's brief filed on or before **MARCH 8,**

**2023**.

/s/    ERIN A. NOWELL
       JUSTICE